STATE v. JOHN P. ROBBINS.

*Indictment—Assault and Battery—Judge's Charge.*

Where on the trial of an indictment for an assault and battery, committed upon the prosecutor, a school teacher while engaged in his school, the Court charged the jury that "if the defendant went to the school-house for a lawful purpose and after he got there he brought on the affray by any language or conduct of his own, he would be guilty;" Held not to be error.

INDICTMENT for an Assault and Battery tried at Fall Term, 1877, of WATAUGA Superior Court, before *Cloud, J.*

The defendant and his three sons were indicted for an assault upon one Purley. The prosecutor testified among other things that he was teaching a common school under a contract with two of the School Committee of the District; that the defendant who was the other member of said committee upon passing the school house went to the door

thereof and inquired of the witness, what he was doing; he informed him, he was teaching school, having been employed by the other two committeemen; that defendant denied this statement and called the witness a liar, and the witness struck him and knocked him out of the door. There was much other evidence tending to show that the parties cursed each other, and that the prosecutor also called the defendant a liar. His Honor in his charge to the jury said, "if the defendant went to the school house for a lawful purpose, and after he got there, he brought on the affray by any language or conduct of his own, he would be guilty." (See *State* v. *Perry*, 5 Jones 9.) Defendant excepted. Verdict of guilty as to two of the defendants. Judgment. Appeal by defendants.

*Attorney General* and *Mr. G. N. Folk*, for the State.
No counsel for the defendants.

FAIRCLOTH, J. After hearing and considering the conflicting evidence, the jury by their verdict have said the defendants were guilty. No error in the conduct of the action has been pointed out to us, and we are unable to discover any in the record. Let this be certified in order that judgment may be pronounced.
No error.

PER CURIAM.                    Judgment affirmed.